# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

JACK SULLIVAN,

        Plaintiff,

    v.

CARMEN PACHECO and SERGIO JIMENEZ,

        Defendants.

Case No. 1:26-cv-00006-SLG

## ORDER OF DISMISSAL

On February 9, 2026, the Clerk received filings from self-represented litigant self-represented litigant Jack Sullivan ("Plaintiff") that have been docketed and assigned a case number in the Case Management/Electronic Case Files ("CM/ECF") system, as set forth above.[1] On March 9, 2026, the Court issued a Standing Order in this case,[2] which was returned to the Court as undeliverable on March 24, 2026.[3]

All litigants are expected to review and comply with the Federal Rules of Civil Procedure, the District of Alaska's Local Civil Rules, and all Court orders.[4] At

---

[1] Dockets 1-2.

[2] Docket 4.

[3] Docket 5.

[4] *See* 28 U.S.C. § 1654 (permitting parties in federal court to represent themselves or be represented by an attorney, subject to the court's rules); Local Civil Rule 1.1(a)(3) ("All parties, including self-represented parties, must comply with these Local Rules and the Federal Rules of Civil Procedure. References in these rules to "counsel" or "attorneys" also refer to self-represented parties."). *See also* U.S. Courts, Federal Rules

all times, all parties are required to keep the Court informed of any change of address or phone number by filing by filing a Notice of Change of Address. When an order of the Court or other mail is returned to the Court as undeliverable, a party must update his contact information within 14 days of the date of that order, or the Court may dismiss the case without further notice to the plaintiff.[5]

On April 7, 2026, the Court's order dated March 25, 2026—notifying Plaintiff that this case would be dismissed if Plaintiff failed to timely update his address within 14 days of the date of that order—was also returned as undeliverable.[6] Plaintiff has not updated his address or otherwise contacted the Court since he filed this case. Therefore, this case must be dismissed for failure to comply with a local rule,[7] failure to comply with an order of the Court,[8] and failure to prosecute.[9]

---

of Civil Procedure, https://www.uscourts.gov/rules-policies/current-rules-practice-procedure/federal-rules-civil-procedure; U.S. District Court for the District of Alaska, Local Rules and Orders, https://www.akd.uscourts.gov/court-info/local-rules-and-orders/local-rules.

[5] *See* Alaska Local Civil Rule 11.1(b)(3) (authorizing dismissal of a case when Court orders or other mail sent to a self-represented plaintiff at the address of record are returned to the Court as undeliverable). *See also* Alaska Local Civil Rule 11.1(b)(2) ( "Self-represented parties must keep the court and other parties advised of the party's current address and telephone number.").

[6] Docket 7. *See also* Docket 6 (Notice of Intent to Dismiss).

[7] *Thompson v. Housing Auth. of L.A.,* 782 F.2d 829, 831 (9th Cir. 1986).

[8] Federal Rule of Civil Procedure 41(b). *See also Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

[9] *See Pagtalunan v. Galaza,* 291 F.3d 639, 642–43 (9th Cir.2002) (discussing the factors that courts must consider in determining whether to dismiss for failure to prosecute or failure to comply with a court order).

Case No. 1:26-cv-00006-SLG, *Sullivan v. Pacheco, et al.*
Order of Dismissal
Page 2 of 3

**IT IS THEREFORE ORDERED:**

1.     This case is **DISMISSED**.

2.     All pending motions are **DENIED as moot**.

3.     The Clerk shall issue a final judgment and close this case.

DATED this 14th day of April 2026, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
SHARON L. GLEASON
UNITED STATES DISTRICT JUDGE

Case No. 1:26-cv-00006-SLG, *Sullivan v. Pacheco, et al.*
Order of Dismissal
Page 3 of 3
Case 1:26-cv-00006-SLG     Document 8     Filed 04/14/26     Page 3 of 3